**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ronald Elscott,                                           **Civil File No. 08-226 PAM/JSM**

      Plaintiff,

vs.                                                       **ORDER**

The Affiliated Group, Inc.,

      Defendant.

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                  **BY THE COURT**

Dated:  August 6, 2008           *s/Paul A. Magnuson*
                                                  The Honorable Paul A. Magnuson
                                                  Judge of United States District Court